UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 5:21-cr-00425 |
| RHONDA LEE WALKER | § § | |

## FACTUAL STATEMENT IN SUPPORT OF PLEA AGREEMENT

The United States of America, by and through Jennifer B. Lowery, Acting United States Attorney for the Southern District of Texas and Francisco J. Rodriguez, Assistant United States Attorney, and the defendant, **RHONDA LEE WALKER** and the defendant's counsel, hereby stipulate as follows:

I.

If this case proceeded to trial, the United States of America would prove each element of the offense beyond a reasonable doubt. The following facts, among others, would be offered to establish the Defendant's guilt:

II.

On June 4, 2020, United States Customs and Border Protection received an anonymous tip that United States Customs and Border Protection Officer (CBPO) RHONDA LEE WALKER, the defendant, employed YADIRA YESENIA TREVINO-SAN MIGUEL (TREVINO), a Mexican national and B1/B2 visa holder, as a nanny and housekeeper at her home in violation of law and agency policy. This tipster advised that this individual worked Mondays through Fridays and lived with the defendant at her residence. U.S. Customs and Border Protections Office of Professional Responsibility (OPR) initiated an investigation and began conducting surveillance at the

defendant's residence. Agents conducted surveillance of the defendant's residence for several months, observing TREVINO caring for the defendant's children, performing housekeeping duties, and remaining home alone with the defendant's youngest child while the rest of the family was out.

Agents also learned that TREVINO entered the United States as a pedestrian through the Laredo Port of Entry's (POE) lane number four on January 2, 2021. Computer records indicated that the CBPO Ruth Duarte processed TREVINO's entry into the United States. When agents reviewed security camera footage, however, they saw the defendant in lane four with CBPO Duarte while TREVINO was waiting in line at another lane in the middle of the POE. Afterwards, the defendant left lane four and walked over to TREVINO, motioning for her to accompany her to the front of the line where CBPO Duarte was processing other people at primary inspection. The defendant then waited for a moment where CBPO Duarte was distracted with other pedestrians to access the CBP computer system, with CBPO Duarte still logged in the network. The defendant inspected and scanned TREVINO's visa to admit her into the United States under CBPO Duarte's name.

On February 12, 2021, OPR agents conducted a *Mirandized* interview of TREVINO after she was detained attempting to enter the United States from Mexico through the Laredo, Texas, POE. TREVINO admitted to working for the defendant as a housekeeper and nanny. TREVINO stated that the defendant's family member paid her $220 per week for watching WALKER's children. She also admitted to coming into the United States on January 2, 2021, under the pretext of being a plasma donor. TREVINO explained that the defendant had scheduled an appointment for her to come into the United States for that purpose, as an exception to the COVID-19 protocols in place at that time. However, after the defendant brought her into the United States through the

2

POE, TREVINO told agents that she was ultimately taken to the defendant's home after being told at the clinic that she was ineligible to be donor due to her high blood pressure. After a lengthy interview, TREVINO also admitted that she had no blood relation to the defendant after all and had only known her since 2019.

On February 12, 2021, OPR agents conducted a *Mirandized* interview of the defendant. After a rights advisement and waiver, she told agents repeatedly that TREVINO was her aunt from her mother's side of the family. She denied paying TREVINO any money to live with her and clean her house or watch her children. She also denied ever sending money to TREVINO's family in Mexico. When confronted with OPR's investigation, however, the defendant gradually changed her story and contradicted herself. She admitted that the TREVINO would watch her children and denied paying her, but later admitted that TREVINO "didn't watch her kids for free". WALKER denied having TREVINO live with her, but later admitted that she would live her for two to three months at a time with her and other members of WALKER's family. She later admitted that TREVINO was not her biological aunt from her mother's side of the family as she had previously stated.

The defendant also denied ever processing TREVINO's entry into the United States on January 2, 2021. Agents confronted her, however, and she admitted that she knew it was against CBP protocols for an officer to process members of their own family or use another CBPO's login information.

After the interview, the defendant gave a voluntary statement in writing in and admitted that she had paid TREVINO on various occasions.

**III.**

Defendant, **RHONDA LEE WALKER**, hereby confesses and judicially admits that on **January 2, 2021**, she knowingly conspired to encourage or induce an alien to come to, enter, or reside in the United States, knowing or in reckless disregard of the fact that such coming to, entry, or residence is or will be in violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and 1324(a)(1)(A)(v)(I).

_____
RHONDA LEE WALKER
Defendant

APPROVED:

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

By: _____          _____
　　Francisco J. Rodriguez                   Octavio Salinas, II
　　Assistant United States Attorney         Attorney for Defendant
　　Southern District of Texas
　　Telephone: (956) 723-6523