United States District Court
Southern District of Texas
**ENTERED**
May 14, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 5:21-CR-425-1 |
| | § | |
| RHONDA LEE WALKER | § | |

## ORDER

On May 14, 2021, United States Magistrate Judge Christopher Dos Santos conducted a Rule 11 colloquy and Defendant entered a plea of guilty.  The parties made no objections to the Report and Recommendation of the Magistrate Judge, and the Court finds and holds that it should be **ADOPTED**.

Furthermore, the Court ORDERS that the following material witness held in connection with this case:

**Yadira Yesenia Trevino-San Miguel,**

be released by May 14, 2021.

**IT IS FURTHER ORDERED** that the Clerk of the Court deliver a copy of this Order to the United States Marshals for the Southern District of Texas.

**IT IS SO ORDERED**.

SIGNED this 14th day of May, 2021.

Marina Garcia Marmolejo
United States District Judge