# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 5:21-CR-00425 |
| RHONDA LEE WALKER | § § | |

## FACTUAL STATEMENT IN SUPPORT OF PLEA AGREEMENT

The United States of America, by and through Jennifer B. Lowery, United States Attorney for the Southern District of Texas and Francisco J. Rodriguez, Assistant United States Attorney, and the defendant, **RHONDA LEE WALKER** and the defendant's counsel, hereby stipulate as follows:

I.

If this case proceeded to trial, the United States of America would prove each element of the offense beyond a reasonable doubt. The following facts, among others, would be offered to establish the Defendant's guilt:

II.

On January 2, 2021, agents learned that YADIRA YESENIA TREVINO-SAN MIGUEL (TREVINO), a Mexican national and B1/B2 visa holder, entered the United States as a pedestrian through the Laredo Port of Entry's (POE) lane number four. Computer records indicated that the CBPO Ruth Duarte processed TREVINO's entry into the United States.

When agents reviewed security camera footage, however, they saw United States Customs and Border Protection Officer (CBPO) RHONDA LEE WALKER, the defendant, in lane four with CBPO Duarte while TREVINO was waiting in line at another lane in the middle of the POE.

Afterwards, the defendant left lane four and walked over to TREVINO, motioning for her to accompany her to the front of the line where CBPO Duarte was processing other people at primary inspection. The defendant then waited until CBPO Duarte was occupied with other pedestrians to access the CBP computer system while CBPO Duarte was still logged in the network. The defendant scanned TREVINO's visa to admit her into the United States under CBPO Duarte's name.

On February 12, 2021, OPR agents Francisco Cantu and Francisco J. Villarreal conducted a *Mirandized* interview of the defendant. After a rights advisement and waiver, the defendant denied ever processing TREVINO's entry into the United States on January 2, 2021, claiming instead that she had told CBPO Duarte that TREVINO was hers to inspect. Agents confronted her, however, and she admitted to processing TREVINO under CBPO Duarte's name. The defendant explained that TREVINO was a close family friend, whom she referred to as an "aunt", who would live with her at her home for two to three months at a time. The defendant further admitted to knowing it was against CBP protocols for an officer to process members of their own family or use another CBPO's login information.

III.

Defendant, **RHONDA LEE WALKER**, hereby confesses and judicially admits that on **February 12, 2021**, she knowingly **made a false, fictitious or fraudulent statement**, in that the Defendant stated to United States Customs and Border Protection Office of Professional Responsibility Special Agents Francisco Cantu and Francisco J. Villarreal that she had not processed YADIRA YESENIA TREVINO-SANMIGUEL's admission into the United States on January 2, 2021, using a terminal in use by another CBP Officer, which she knew was false when the statement was made, in violation of Title **18**, United States Code, Section **1001**.

*signature*  
Rhonda Lee Walker  
Defendant

APPROVED:

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

By: *signature*
    Francisco J. Rodriguez
    Assistant United States Attorney
    Southern District of Texas

*signature*
Octavio Salinas, III
Attorney for Defendant